| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY (TRENTON)** | |
| **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>Aleisha C Jennings, Esq. (049302015) | Order Filed on November 21, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **In Re:**<br><br>Bernard Ajaegbulemh,<br>     **Debtor.** | CASE NO.: 22-15859-MBK<br><br>CHAPTER 13 |

# ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages
**ORDERED**.

**DATED: November 21, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having come before the Court on Secured Creditor's Objection to Confirmation of Debtor's Chapter 13 Plan by and through its counsel, Robertson, Anschutz, Schneid, Crane & Partners, PLLC, as to the real property commonly known as 100 Newington Lane, Toms River aka Township of Dover, NJ 08755 (the "Subject Property"), and Marc C Capone Esq., representing Bernard Ajaegbulemh ("Debtor"), and for good cause it is **ORDERED** that Secured Creditor's Objection to Confirmation of Debtor's Chapter 13 Plan is resolved, subject to the following conditions:

1. This Order shall be incorporated and become a part of any Order confirming the Chapter 13 Plan in the herein matter.
2. The amount to be paid to Secured Creditor for pre-petition arrears through the Chapter 13 Plan is $1,453.88 as set forth in Secured Creditor's timely filed Proof of Claim 2-1, filed September 9, 2022, and subject to Debtor's right to object to the filed Proof of Claim.
3. Debtor is to make post-petition payments in accordance with the terms of the note, mortgage, and /or notices of payment change.