**GILLMAN, BRUTON & CAPONE, LLC**
Marc C. Capone, Esq.
60 Highway 71
Spring Lake Heights, NJ 007762
Telephone: (732) 528-1177
Fax: (732) 661-1707
Email: ecf@gbclawgroup.com

Order Filed on December 16, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Bernard Ajaegbulemh, | Case No. 22-15859 |
| Debtor(s). | Hearing Date: December 14, 2022 |
|  | Judge: Michael B. Kaplan |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: December 16, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

4884-2292-4862, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that_____Marc Capone_____, the applicant, is allowed a fee of $\_\_\_\_5,317.50\_\_\_\_for services rendered and expenses in the amount of $\_\_\_\_375.00\_\_\_\_for a total of $\_\_\_\_5,692.50\_\_\_\_. The allowance is payable:

- ☒ $\_\_2,692.50\_\_ through the Chapter 13 plan as an administrative priority.
- ☒ $\_\_3,000.00\_\_ outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_n/a\_\_\_per month for \_\_n/a\_\_months to allow for payment of the above fee.

rev.8/1/15